UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEKE LIBRON,

                        Plaintiff,

         -against-

PROLOGIS, INC. and PROLOGIS TARGETED U.S.
LOGISTICS FUND, L.P.,

                        Defendants.

```
┌──────────────────────────────────────┐
│ USDC SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____               │
│ DATE FILED:    8/11/2021              │
└──────────────────────────────────────┘
```

21 Civ. 6424 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     Defendants removed this action to this Court invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332.  ECF No. 4 ¶ 3.

     If Prologis Targeted U.S. Logistics Fund, L.P. is, indeed, a limited partnership, as its name would imply, then Defendants must state the citizenship of each of its general and limited partners for the purposes of diversity jurisdiction.  *Handelsman v. Bedford Village Assocs. Ltd. Partnership*, 213 F.3d 48, 51–53 (2d Cir. 2000); *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990) (stating that, for purposes of diversity jurisdiction, limited partnerships have the citizenship of all of its general and limited partners).  Because the general and limited partners of Prologis Targeted U.S. Logistics Fund, L.P. include limited partnerships and limited liability companies, ECF No. 4 ¶ 4, Defendants must state the citizenship of each of the constituent general and limited partners and the natural persons who are members of the limited liability company.

     By **August 25, 2021**, Defendants shall file a statement regarding the citizenship of each of the general and limited partners of the limited partnership.  If Defendant fails to file a statement by the foregoing date to truthfully allege complete diversity based upon the citizenship of each general and limited partner of the limited partnership, then the complaint will be remanded for lack of subject matter jurisdiction.

     SO ORDERED.

Dated: August 11, 2021
       New York, New York

_____
          ANALISA TORRES
     United States District Judge